IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL L. PACK          :

   Plaintiff          :

v          :          Civil Action No. WDQ-06-1967

DWAYNE GREGORY DOWTIN          :

   Defendant          :

oOo
### MEMORANDUM

The above-captioned case, filed July 31, 2006, alleges wrongful eviction and assault. Plaintiff has filed a Motion to Proceed In Forma Pauperis in addition to his Complaint. Because he appears to be indigent, the Motion shall be granted. Upon review of the claims raised, the Complaint must be dismissed without prejudice.

Plaintiff asserts that Defendant, his landlord, illegally entered his apartment on July 21, 2006, threatened him with bodily injury if Plaintiff did not vacate the premises, and cut off the water to Plaintiff's residence without a court order. Paper No. 1. Plaintiff apparently seeks to invoke the federal question jurisdiction of this Court: however, there is no federal question involved in the controversy he describes in his Complaint. To the extent that the claim could be raised in this Court under its diversity jurisdiction, both parties are citizens of Maryland, and diversity jurisdiction does not apply. *See* 28 U.S.C. §1332 (United States district courts have jurisdiction over all civil matters involving parties who are citizens of different states where the amount in controversy exceeds $75,000). Accordingly, the Complaint shall be dismissed without prejudice by separate order which follows.

_____          _____
Date          William D. Quarles, Jr.
                                                              United States District Judge